MEMORANDUM OPINION




No. 04-04-00557-CV



BEXAR COUNTY DISTRICT ATTORNEY SUSAN D. REED,


AND THE BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE,

Appellants



v.



BROADWAY NATIONAL BANK,


Appellee



From the 37th Judicial District Court, Bexar County, Texas


Trial Court No. 2004- CI-04866


Honorable David Peeples, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: September 15, 2004 


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who does not oppose the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM